# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| DERRICK HOLT, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:16-cv-98 |
| | * | |
| v. | * | |
| | * | |
| WARDEN HILTON HALL; ASSISTANT | * | |
| WARDEN PETER BLUWORTH; SAFETY | * | |
| MANAGER L. BATTLE; CORRECTIONS | * | |
| CORPORATION OF AMERICA; and | * | |
| OFFICER PYLES, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (dkt. no. 3), to which Plaintiff filed Objections, (dkt. no. 5). Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **OVERRULES** Plaintiff's Objections.

The Court **DISMISSES** Plaintiff's Complaint and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

The Court **DIRECTS** the Clerk of Court to enter an appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this ___20___ day of ___January___, 2017.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

2